SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JENNIFER G. REDMOND, Cal. Bar No. 144790
BROOKE S. PURCELL, Cal. Bar No. 260058
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415.434.9100
Facsimile:   415.434.3947
Email        jredmond@sheppardmullin.com
             bpurcell@sheppardmullin.com

Attorneys for Defendants
LENDINGTREE, INC., LENDINGTREE LLC
and SAM YOUNT

LAWLESS & LAWLESS
BARBARA A. LAWLESS, Cal. Bar No. 53195
EMILY S. MCGRATH, Cal. Bar No. 289624
354 Pine Street, 4th Floor
San Francisco, CA 94104
Telephone:   (415) 391-7555
Facsimile:   (415) 391-4228
Email:       blawless@lawlesssf.com
             emcgrath@lawlesssf.com

Attorneys for Plaintiff
SNEJANA NORRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SNEJANA NORRIS, | Case No. 4:18-cv-03155-HSG |
| Plaintiff, | Assigned to Hon. Judge Haywood S. Gilliam, Jr. |
| v. | **ORDER GRANTING STIPULATION FOR REMOVAL FROM ADR PROGRAM AND REFERRAL TO PRIVATE ADR** |
| LENDINGTREE, INC., LENDINGTREE LLC, SAM YOUNT, and DOES ONE through FIFTY, inclusive, | |
| Defendant. | Complaint Filed: April 2, 2018<br>Trial Date: None Set |

1        Having considered the parties' Stipulation Requesting Removal from ADR Program and
2 Referral to Private ADR and good cause appearing it is HEREBY ORDERED that this matter is
3 removed from the ADR Program and referred to private ADR in light of the parties' agreement.
4        IT IS SO ORDERED.

6 Dated: October 24, 2018

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE