SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JENNIFER G. REDMOND, Cal. Bar No. 144790
BROOKE S. PURCELL, Cal. Bar No. 260058
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        jredmond@sheppardmullin.com
              bpurcell@sheppardmullin.com

Attorneys for Defendants
LENDINGTREE, INC., LENDINGTREE LLC
and SAM YOUNT

LAWLESS & LAWLESS
BARBARA A. LAWLESS, Cal. Bar No. 53195
EMILY S. MCGRATH, Cal. Bar No. 289624
354 Pine Street, 4th Floor
San Francisco, CA 94104
Telephone:    415.391.7555
Facsimile:    415.391.4228
Email:        blawless@lawlesssf.com
              emcgrath@lawlesssf.com

Attorneys for Plaintiff
SNEJANA NORRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SNEJANA NORRIS, | Case No. 4:18-cv-03155-HSG |
| Plaintiff, | **STIPULATION TO CONTINUE BRIEFING SCHEDULE RE PLAINTIFF'S MOTION TO QUASH AND ORDER** |
| v. | |
| LENDINGTREE, INC., LENDINGTREE LLC, SAM YOUNT, and DOES ONE through FIFTY, inclusive,, | Hearing Date: March 7, 2019<br>Time: 2:00 p.m.<br>Judge: Hon. Haywood S. Gilliam, Jr. |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff SNEJANA NORRIS ("Plaintiff") and Defendant LENDINGTREE LLC ("Defendant") (Plaintiff and Defendant collectively referred to herein as the "Parties"), by and through their respective undersigned counsel, as follows:

WHEREAS, Plaintiff filed a Motion to Quash Subpoenas for Employment Records (the "Motion") on November 12, 2018 (Docket No. 22);

WHEREAS, the hearing on Plaintiff's Motion is currently set for 2:00 p.m. on March 7, 2019 (Docket No. 25);

WHEREAS, Defendant's Opposition to the Motion is currently due on December 5, 2018;

WHEREAS, Plaintiff's Reply in support of the Motion is currently due on December 12, 2018;

WHEREAS, to allow the Parties to prepare for mediation and focus their efforts on resolution of this matter and not the deadlines associated with responding to the pending Motion, or the costs associated therein, the Parties have agreed, with good cause showing, to continue the briefing deadlines on the Motion until after the mediation, such that Defendant's Opposition will be due on January 8, 2019 and Plaintiff's Reply will be due on January 15, 2019; and

WHEREAS, neither Party will be prejudiced by the continuance of the briefing deadlines and anticipate that the requested continuances will not further impact any other future deadlines.

THEREFORE, it is hereby stipulated and agreed to by and between Plaintiff SNEJANA NORRIS and Defendant LENDINGTREE LLC through their respective counsel of record, that:

1. The deadline for Defendant to file an Opposition to Plaintiff's Motion to Quash Subpoenas for Employment Records ("Motion"), currently scheduled for hearing on March 7, 2019, shall be continued to January 8, 2019; and

2. The deadline for Plaintiff to file a Reply in support of Plaintiff's Motion shall be continued January 15, 2019.

| | | |
|---|---|---|
| Dated: November 26, 2018 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | |
| | By | */s/ Brooke S. Purcell* |
| | | JENNIFER G. REDMOND |
| | | BROOKE PURCELL |
| | | Attorneys for Defendants |
| | | LENDINGTREE, INC., LENDINGTREE LLC and SAM YOUNT |

Dated: November 26, 2018    LAWLESS & LAWLESS

By    */s/ Barbara A. Lawless*
BARBARA A. LAWLESS
EMILY S. MCGRATH

Attorneys for Plaintiff
SNEJANA NORRIS

## **ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (*/s/*) within this e-filed document.

Dated: November 27, 2018    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s/ Brooke S. Purcell*
JENNIFER G. REDMOND
BROOKE S. PURCELL

Attorneys for Defendant
LENDINGTREE LLC

**ORDER**

Pursuant to the Stipulation entered into by and between Plaintiff SNEJANA NORRIS ("Plaintiff") and Defendant LENDINGTREE LLC ("Defendant"), by and through their respective counsel of record, IT IS HEREBY ORDERED that:

1. The deadline to file Defendant's Opposition to Plaintiff's Motion to Quash Subpoenas for Employment Records is continued to January 8, 2019.

3. The deadline to file Plaintiff's Reply in support of Plaintiff's Motion to Quash Subpoenas for Employment Records is continued two weeks to January 15, 2019.

**IT IS SO ORDERED.**

DATED: November 27, 2018

HON. HAYWOOD S. GILLIAM, JR.
Judge, Northern District of California